**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

|                                                        |     |                                   |
| ------------------------------------------------------ | --- | --------------------------------- |
|                                                        | §   |                                   |
| MARY ELLEN GREENLEE,                                   | §   |                                   |
|                                                        | §   |                                   |
|      Plaintiff,                                        | §   | Civil Action                      |
|                                                        | §   | No. C-06-123                      |
| v.                                                     | §   |                                   |
|                                                        | §   |                                   |
| CHRISTUS SPOHN HEALTH SYSTEMS                          | §   |                                   |
| CORPORATION d/b/a CHRISTUS SPOHN                       | §   |                                   |
| HOSPITAL SOUTH, and LESLIE GEMBOL,                     | §   |                                   |
| INDIVIDUALLY,                                          | §   |                                   |
|                                                        | §   |                                   |
|      Defendants.                                       | §   |                                   |

**ORDER**

On this day came on to be considered Plaintiff Mary Ellen Greenlee's motion for an extension of time to complete e-filing her response to Defendants' motion for summary judgment.  (D.E. 32). This Court hereby ORDERS that Plaintiff shall have until December 13, 2006 to complete e-filing her response to Defendants' motion for summary judgment (D.E. 26).

SIGNED and ENTERED this 12th day of December, 2006.

_____
Janis Graham Jack
United States District Judge