```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                    CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| MARY ELLEN GREENLEE, | § § § | |
|     Plaintiff, | § § | Civil Action No. C-06-123 |
| v. | § § | |
| CHRISTUS SPOHN HEALTH SYSTEM CORPORATION d/b/a CHRISTUS SPOHN HOSPITAL SOUTH, and LESLIE GEMBOL, INDIVIDUALLY, | § § § § § § | |
|     Defendants. | § | |

### ORDER

On this day the Court held a hearing on Defendants Christus Spohn Health System Corporation and Leslie Gembol's (together, "Defendants") motion to exclude Plaintiff's expert witness Laura Lopez (D.E. 44). After considering the arguments of the parties, applicable law, and the record in this case, this Court determines that Ms. Lopez' expert testimony is probative as to the Defendants' affirmative defense that Plaintiff failed to mitigate her damages. Accordingly, the Court hereby DENIES Defendants' motion to exclude Ms. Lopez' expert testimony.

SIGNED and ENTERED this 30th day of January, 2007.

_____
Janis Graham Jack
United States District Judge